Filed 6/7/21  P. v. Singh CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JASWINDER SINGH,<br><br>    Defendant and Appellant. | 2d Crim. No. B307441<br>(Super. Ct. No. 2019022437)<br>(Ventura County) |

Jaswinder Singh appeals from the judgment after the trial court denied his motion to dismiss pursuant to Penal Code section 1382.[1]

In December 2019, Singh was arrested and charged with committing a lewd and lascivious act upon a child under the age of 14 years (§ 288, subd. (a)).  Singh was released on bail, but was subsequently detained by the Immigration and Customs Enforcement (ICE).

---

[1] Further unspecified statutory references are to the Penal Code.

In April, Singh filed a demand to be brought to trial or sentenced within 90 days, or to have his charge dismissed (§§ 1381, 1381.5).  In July, Singh moved to dismiss for failure to bring the case to trial within 90 days (§ 1382).  The trial court denied his motion, determining his ICE detention did not qualify as imprisonment or commitment pursuant to section 1381.

We appointed counsel to represent Singh in this appeal.  After counsel's examination of the record, counsel filed an opening brief raising no issues.  On April 7, 2021, we advised Singh that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We have not received a response.

We have reviewed the entire record and are satisfied that counsel has fully complied with their responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


TANGEMAN, J.


We concur:


YEGAN, Acting P. J.                    PERREN, J.


2

Paul W. Baelly, Judge

Superior Court County of Ventura

_____

Laini Millar Melnick, under appointment by the
Court of Appeal, for Defendant and Appellant.
No appearance for Plaintiff and Respondent.